# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Victoria Yanushevskaya

          Plaintiff,

v.                   Case No.: 1:25−cv−09053
                      Honorable Elaine E. Bucklo

Li Hongbo, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 18, 2025:

   MINUTE entry before the Honorable Elaine E. Bucklo: The complaint in this case asserts intellectual property claims against "The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint." Non−party JinHui Fu filed a pro se appearance and a motion to dismiss on behalf of defendant FuJinHui1998. But only individuals (including sole proprietorships, which have no separate legal identity) may litigate in federal court without appearing through a licensed attorney. United States v. Hagerman, 545 F.3d 579, 581 (7th Cir. 2008). The complaint does not specify the type of legal person plaintiff claims FuJinHui1998 to be. Accordingly, plaintiff must respond to the motion to dismiss [41] on or before 10/9/2025 and must allege those facts. FuJinHui1998 will then have until 10/23/2025 to reply, and if it is anything other than an individual or sole proprietorship, its reply must be filed through an attorney who has filed an appearance on its behalf. Ruling before the Honorable Elaine E. Bucklo on 11/20/2025. The Court will issue a ruling by mail. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.