UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTORIA YANUSHEVSKAYA,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | Case No. 25-cv-09053<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Albert Berry, III** |

## Status Report

Plaintiff Victoria Yanushevskaya ("Plaintiff"), in accordance with Court's Minute Order, Dkt. No. 28, files this status report to update the Court on the status of proceedings.

1. Notice was served on all defendants on September 4, 2025. Accordingly, any answer to Plaintiff's complaint is due today, September 25, 2025. Plaintiff intends to shortly hereafter file a motion for default against all non-appearing defendants.

2. Several defendants have reached out to Plaintiff regarding settlement and are engaging in active settlement negotiations.

3. Plaintiff responded to non-party WANGWUQIANG888's Motion to Dismiss, Dkt. No. 23, on August 7, 2025, prior to the minute order directing her to do so. WANGWUQIANG888 failed to reply by the deadline of September 23, 2025.

4. In addition to non-party WANGWUQIANG888's motion, there are two motions currently outstanding:

1

    a. Plaintiff's Motion for Preliminary Injunction, filed on September 4, 2025. Dkt. No. 37.

    b. Defendant FuJinHui1998's Motion to Dismiss for Lack of Personal Jurisdiction and Misjoinder, Dkt. No. 41, which is currently scheduled to be briefed. Plaintiff is to respond by October 9, 2025, and the defendant is to reply, either by itself or through an attorney, by October 23, 2025. *See* Dkt. No. 43.

Date: September 25, 2025

Respectfully submitted,

By: /s/ Keaton Smith
Keaton Smith ARDC 6347736
Shengmao (Sam) Mu, NY #5707021
Abby Neu ARDC 6327370
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*