UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTORIA YANUSHEVSKAYA,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No. 25-cv-09053<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Albert Berry, III** |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants:

| **Defendant Seller Alias** | **DOE No.** |
|---|---|
| DEMACYA | 3 |
| HYNPM | 8 |
| ZHENQIINGFashion | 19 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

| | |
|---|---|
| Date: October 20, 2025 | Respectfully submitted, |
| | By: /s/ Keaton Smith |
| | Keaton Smith, IL #6347736 |
| | Shengmao (Sam) Mu, NY #5707021 |
| | Abby Neu, IL #6327370 |
| | Michael Mitchell, IL #6324363 |
| | Ryan E. Carreon, DE #7305 |
| | **WHITEWOOD LAW PLLC** |
| | 57 West 57th Street, 3rd and 4th Floors |
| | New York, NY 10019 |
| | Telephone: (872) 294-3799 |
| | Email: ksmith@whitewoodlaw.com |
| | *Counsel for Plaintiff* |